UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:19-CR-12-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP R. CARAWAN | ORDER |

    Before the court is Defendant's motion to file docket entry number 53 under seal pursuant to Local Criminal Rule 55.2. For the reason stated in the Defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 53 shall be filed under seal until such time as it is requested to be unsealed.

    SO ORDERED.

    This the __3rd__ day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge