UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:19-CR-12-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP R. CARAWAN | ORDER |

This matter having come before the Court by the Defendant's motion to amend the surrender order at DE 66 to effectuate an earlier report date to the Bureau of Prisons, and for good cause shown, it is hereby ORDERED that Defendant is to report to the Bureau of Prisons as directed by the Court or U.S. Marshalls but no sooner than February 20, 2020. All other conditions in the Court's order, at DE 66, shall remain in full force and effect.

SO ORDERED

This  5th   day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge