UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:19-CR-12-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP R. CARAWAN | ORDER |

    Before the court is Defendant's motion to file docket entry number 81 under seal pursuant to Local Criminal Rule 55.2. For the reason stated in the Defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 81 shall be filed under seal until such time as it is requested to be unsealed.

    SO ORDERED.

    This the __8th__ day of April, 2020.

                                       LOUISE W. FLANAGAN
                                       United States District Judge