UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:19-CR-12-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| PHILLIP R. CARAWAN | |

This matter having come before the Court by the Defendant's motion to amend the surrender order at DE 66 to delay his surrender to the Bureau of Prisons date, it is ORDERED that the motion is granted. For the reasons set forth in the motion related to the COVID-19 virus pandemic and for good cause shown, the Defendant's voluntary surrender date is continued for 90 days, from April 13, 2020 until at least, but no sooner than July 13, 2020. All other conditions in the Court's order, at DE 66, shall remain in full force and effect.

SO ORDERED

This __8th__ day of April, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge